RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Michael Terrell Beale

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>MICHAEL TERRELL BEALE,<br><br>           Defendant. | Case No. 2:17-cr-050-JAD-CWH<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF NO. 35) TO MOTION TO SUPPRESS (ECF NO. 33)**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Terrell Beale, that the reply to Government's Response (ECF No. 35) to Motion to Suppress (ECF No. 33) be vacated and continued to a date and time convenient to the Court, but no sooner than Wednesday, August 16, 2017.

      This Stipulation is entered into for the following reasons:

      1.    Defense counsel requires additional time to prepare the reply, which includes addressing arguments regarding the most recently obtained search warrant.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request to continue reply date filed herein.

DATED this 14th day of August, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL TERRELL BEALE,<br><br>        Defendant. | Case No. 2:17-cr-050-JAD-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel requires additional time to prepare the reply, which includes addressing arguments regarding the most recently obtained search warrant.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1 **ORDER**

2 IT IS FURTHER ORDERED that the reply to Government's Response (ECF No. 35)
3 to Motion to Suppress (ECF No. 33) currently due on August 14, 2017, be vacated and
4 continued to August 16, 2017.

5 DATED this 18th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE