RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Michael Terrell Beale

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL TERRELL BEALE, <br><br> Defendant. | Case No. 2:17-cr-050-JAD-CWH <br><br> **STIPULATION TO CONTINUE DEADLINE TO SUBMIT OBJECTIONS TO REPORT & RECOMMENDATION** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Terrell Beale, that the deadline to submit objections to the Report and Recommendation currently scheduled for January 12, 2018, be vacated and continued January 19, 2018.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the jurisdiction until January 8, 2018. Additional time is needed to review the Report & Recommendation with Mr. Beale and determine whether any objections will be filed.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Mr. Beale time to file any necessary objections to the Report & Recommendation, taking into account due diligence.

5. Additionally, denial of this request for continuance could result in miscarriage of justice.

This is the first request to continue objections filed herein.

DATED this 4th day of January, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TERRELL BEALE,<br><br>　　　　Defendant. | Case No. 2:17-cr-050-JAD-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel is out of the jurisdiction until January 8, 2018. Additional time is needed to review the Report & Recommendation with Mr. Beale and determine whether any objections will be filed.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow Mr. Beale time to file any necessary objections to the Report & Recommendation, taking into account due diligence.

5. Additionally, denial of this request for continuance could result in miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED that the deadline to file objections to the Report and Recommendation scheduled for January 12, 2018, be vacated and continued to January 19, 2018.

DATED this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE