RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Michael Terrell Beale

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TERRELL BEALE,<br><br>Defendant. | Case No. 2:17-cr-050-JAD-CWH<br><br>**STIPULATION TO CONTINUE DEADLINE TO SUBMIT OBJECTIONS TO REPORT & RECOMMENDATION**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Michael Terrell Beale, that the deadline to submit objections to the Report and Recommendation currently scheduled for January 19, 2018, be vacated and continued February 9, 2018.

This Stipulation is entered into for the following reasons:

1. Mr. Beale's objection deadline is January 19, 2018. The parties are attempting to negotiate the case, which would obviate the need for continued pre-trial litigation. The

government has tendered a verbal offer which defense counsel needs additional time to discuss with Mr. Beale. Defense counsel is expected to visit Mr. Beale the week of January 22nd.

2. Should Mr. Beale accept the offer, the requested time would then permit the parties to draft and execute a written plea agreement. Should Mr. Beale reject the offer, defense counsel will require additional time to draft her objections.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow Mr. Beale time to file any necessary objections to the Report & Recommendation, taking into account due diligence.

6. Additionally, denial of this request for continuance could result in miscarriage of justice.

This is the second request to continue objections filed herein.

DATED this 17th day of January, 2018.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Raquel Lazo*  
By_____  
RAQUEL LAZO  
Assistant Federal Public Defender

DAYLE ELIESON  
United States Attorney

*/s/ Phillip N. Smith, Jr.*  
By_____  
PHILLIP N. SMITH, JR.  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL TERRELL BEALE,<br><br>　　　　Defendant. | Case No. 2:17-cr-050-JAD-CWH<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Beale's objection deadline is January 19, 2018. The parties are attempting to negotiate the case, which would obviate the need for continued pre-trial litigation. The government has tendered a verbal offer which defense counsel needs additional time to discuss with Mr. Beale. Defense counsel is expected to visit Mr. Beale the week of January 22nd.

2. Should Mr. Beale accept the offer, the requested time would then permit the parties to draft and execute a written plea agreement. Should Mr. Beale reject the offer, defense counsel will require additional time to draft her objections.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow Mr. Beale time to file any necessary objections to the Report & Recommendation, taking into account due diligence.

6. Additionally, denial of this request for continuance could result in miscarriage of justice.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the deadline to file objections to the Report and Recommendation scheduled for January 19, 2018, be vacated and continued to February 9, 2018.

DATED this 17th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE