# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

                 Plaintiff,

v.

Michael Terrell Beale,

                 Defendant.

JUDGMENT

Case Number: 2:17-cr-00050-JAD-CWH

(Related case: 2:20-cv-01112-JAD)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Michael Terrell Beale's motion to vacate under 28 U.S.C. § 2255 is denied.
A certificate of appealability is denied.

| | |
|---|---|
| 2/1/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |