UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL TERRELL BEALE,<br>,<br>　　　　　Defendant. | Case No. 2:17-cr-00050-JAD-CWH-1<br><br>**ORDER**<br><br>ECF No. 103 |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 29, 2023 at 10:00 a.m., be vacated and continued to January 17, 2024, at 11:00 a.m.

DATED this 22nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE