RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Jackie_Witt@fd.org

Attorney for Michael Terrell Beale

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL TERRELL BEALE,<br><br>         Defendant. | Case No. 2:17-cr-00050-JAD-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Michael Terrell Beale, that the Revocation Hearing currently scheduled on January 17, 2024 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has requested discovery from the United States Probation Office and production of the same is pending.

2. Additional time is necessary to allow defense counsel to review discovery upon receipt, discuss the same with Mr. Beale, and fully advise him on this case.

3. Defense counsel needs additional time to conduct necessary investigation as to the allegations in the Petition and prepare for the revocation hearing, if necessary.

4. Mr. Beale is in custody and agrees with the need to continue the hearing.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 12th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | *By: Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL TERRELL BEALE,<br><br>              Defendant. | Case No. 2:17-cr-00050-JAD-CWH-1<br><br>**<u>ORDER</u>** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 17, 2024 at 11:00 a.m., be vacated and continued to February 26, 2024 at the hour of 2:00 p.m.

   DATED this 16th day of January, 2024.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

3